UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KELLY CAMPBELL McCARTNEY,
o/b/o Marcia A. Hyatt (deceased),,

    Plaintiff,

    v.    Case No. 11-C-276

MICHAEL J. ASTRUE,
Commissioner for Social Security Administration,

    Defendant.

## ORDER APPROVING STIPULATION AWARDING ATTORNEY'S FEES OF $8,528.75

Based upon the Stipulation of the parties and the court's finding that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $8,528.75 shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the Equal Access to Justice Act. These fees are awarded to Plaintiff and not her attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010). If counsel for the parties verify Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this __25th__ day of September, 2012, at Green Bay, Wisconsin.

    BY THE COURT:

    s/ William C. Griesbach
    WILLIAM C. GRIESBACH
    United States District Judge